# Order

**Michigan Supreme Court**
**Lansing, Michigan**

November 21, 2007

132955 & (103)

Clifford W. Taylor,
Chief Justice

Michael F. Cavanagh
Elizabeth A. Weaver
Marilyn Kelly
Maura D. Corrigan
Robert P. Young, Jr.
Stephen J. Markman,
Justices

PREFERRED MEDICINE, INC., JOANNA
ROHL, FATMEH CHEHAB, MADISON
MEDICAL CENTER, P.C., d/b/a SPINE, SPORTS
& OCCUPATIONAL MEDICINE, P.C., and
RAM GUNABALAN,
        Plaintiffs-,
        Counter-Defendants-Appellees,

v

ALLSTATE INSURANCE COMPANY and
ENCOMPASS INSURANCE COMPANY,
        Defendants,
        Counter-Plaintiffs-Appellants.

SC: 132955
COA: 263451
Wayne CC: 03-336693-CZ

_____/

On order of the Court, the motion for miscellaneous relief is GRANTED. The application for leave to appeal the December 5, 2006 judgment of the Court of Appeals is considered and, it appearing to this Court that the case of *Miller v Allstate (After Remand)* (Docket Nos. 134393, 134406), is pending on appeal before this Court and that the decision in that case may resolve an issue raised in the present application for leave to appeal, we ORDER that the application be held in ABEYANCE pending the decision in that case.



I, Corbin R. Davis, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

November 21, 2007

_____
Clerk

t1114